NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARMOUR OF AMERICA,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**ARMORWORKS, LLC,**
*Defendant.*

---

2011-5058

---

Appeal from the United States Court of Federal Claims in case no. 04-CV-1731, Judge Marian Blank Horn.

---

**ON MOTION**

---

**O R D E R**

The parties move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

SEP 0 9 2011
_____

Date

/s/ Jan Horbaly
_____

Jan Horbaly
Clerk

cc:  Mary Elizabeth Bosco, Esq.
     Daniel Rabinowitz, Esq.

s21

Issued As A Mandate:   SEP 0 9 2011
_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 9 2011

JAN HORBALY
CLERK